# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| **COULBOURNE RADER,** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:13-CV-298 |
| | ) (MCDONOUGH) |
| **NORFOLK SOUTHERN RAILWAY COMPANY and NORFOLK SOUTHERN CORPORATION,** | ) ) ) ) |
| *Defendants* | ) |

## STIPULATION OF DISMISSAL

The parties having announced that this case has been compromised and settled, it is

ORDERED that this case be and the same is hereby dismissed with prejudice.

ENTER:

_____
United States Magistrate

Approved:

William G. Colvin, Esq.

By: /s/William G. Colvin
801 Broad Street, Suite 428
Chattanooga, TN 37402

and

William C. Tucker, Jr
2001 Park Place, Suite 501
Birmingham, AL 35203

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

By: /s/ Craig R. Allen
Craig R. Allen
BPR No. 009088
Benjamin T. Reese
BPR No. 023847
200 W. M.L. King Blvd., Suite 500
Tallan Building
Chattanooga, TN 37402
(423) 265-0214 – Telephone
(423) 266-5490 – Facsimile

and

E. Scott Smith, Esq.
Fisher & Phillips LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309